# EXHIBIT A

**SUM-100**

# SUMMONS
## *(CITATION JUDICIAL)*

| | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Costco Wholesale Corporation
DOES 1 to 25 inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Idamary Galluccio

---

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

---

| The name and address of the court is:<br>*(El nombre y dirección de la corte es:)* Orange County Superior Court | CASE NUMBER:<br>*(Número del Caso:)* |
|---|---|
| Orange County Superior Court<br>700 Civic Center Drive West, Santa Ana, CA 92701 | 30-2021-01199422-CU-PO-CJC<br><br>Judge David A. Hoffer |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es:)*
Stefanie Cover, CoverLaw P.O. Box 73488, San Clemente, CA 92673, 877.214.4935

| DATE:<br>*(Fecha)* 08/16/2021 | DAVID H. YAMASAKI, Clerk of the Court | Clerk, by<br>*(Secretario)* Vr Ham | , Deputy<br>*(Adjunto)* |
|---|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*    Valerie Hammer

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

3. ☒ on behalf of *(specify)*: Costco Wholesale Corporation

    under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
              ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
              ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
              ☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

| | | Page 1 of 1 |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>www.courtinfo.ca.gov |

A-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| — Stefanie T. Cover (SBN 152502) <br> CoverLaw PC (SBN 19869) <br> P. O. Box 73488 <br> San Clemente, CA 92673 <br> TELEPHONE NO.: 877.214.4935    FAX NO.: <br> ATTORNEY FOR *(Name)*: Plaintiff Idamary Galluccio | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Idamary Galluccio v. Costco Wholesale Corp. and DOES 1-25 inclusive

| **CIVIL CASE COVER SHEET** | | **Complex Case Designation** | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited <br> (Amount <br> demanded <br> exceeds $25,000) | ☐ Limited <br> (Amount <br> demanded is <br> $25,000 or less) | ☐ Counter    ☐ Joinder <br> Filed with first appearance by defendant <br> (Cal. Rules of Court, rule 3.402) | | 30-2021-01199422-CU-PO-CJC |
| | | | | JUDGE: Judge David A. Hoffer |
| | | | | DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☐ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☑ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Rule 3.740 collections (09)
☐ Other collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/Inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply)*: a. ☑ monetary   b. ☐ nonmonetary; declaratory or injunctive relief   c. ☐ punitive
4. Number of causes of action *(specify)*: 2
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: May 5, 2021
Stefanie T. Cover
_____
(TYPE OR PRINT NAME)      ► _____ (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Form Adopted for Mandatory Use <br> Judicial Council of California <br> CM-010 [Rev. July 1, 2007]
**CIVIL CASE COVER SHEET**
Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740; <br> Cal. Standards of Judicial Administration, std. 3.10

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property
   Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
   Asbestos Property Damage
   Asbestos Personal Injury/
      Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
   Medical Malpractice–
      Physicians & Surgeons
   Other Professional Health Care
      Malpractice
Other PI/PD/WD (23)
   Premises Liability (e.g., slip
      and fall)
   Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
   Intentional Infliction of
      Emotional Distress
   Negligent Infliction of
      Emotional Distress
   Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business
   Practice (07)
Civil Rights (e.g., discrimination,
   false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel)
   (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
   Legal Malpractice
   Other Professional Malpractice
      *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
   Breach of Rental/Lease
      Contract *(not unlawful detainer or wrongful eviction)*
   Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
   Negligent Breach of Contract/
      Warranty
   Other Breach of Contract/Warranty
Collections (e.g., money owed, open
   book accounts) (09)
   Collection Case–Seller Plaintiff
   Other Promissory Note/Collections
      Case
Insurance Coverage *(not provisionally complex)* (18)
   Auto Subrogation
   Other Coverage
Other Contract (37)
   Contractual Fraud
   Other Contract Dispute

**Real Property**
Eminent Domain/Inverse
   Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
   Writ of Possession of Real Property
   Mortgage Foreclosure
   Quiet Title
   Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
   Writ–Administrative Mandamus
   Writ–Mandamus on Limited Court
      Case Matter
   Writ–Other Limited Court Case
      Review
Other Judicial Review (39)
   Review of Health Officer Order
   Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims
   *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
   Abstract of Judgment (Out of
      County)
   Confession of Judgment *(non-domestic relations)*
   Sister State Judgment
   Administrative Agency Award
      *(not unpaid taxes)*
   Petition/Certification of Entry of
      Judgment on Unpaid Taxes
   Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
   Declaratory Relief Only
   Injunctive Relief Only *(non-harassment)*
   Mechanics Lien
   Other Commercial Complaint
      Case *(non-tort/non-complex)*
   Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate
   Governance (21)
Other Petition *(not specified above)* (43)
   Civil Harassment
   Workplace Violence
   Elder/Dependent Adult
      Abuse
   Election Contest
   Petition for Name Change
   Petition for Relief From Late
      Claim
   Other Civil Petition

6

**CIVIL CASE COVER SHEET**

**PLD-PI-001**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Stefanie T. Cover, Esq. (SBN 152502)<br>CoverLaw PC (SBN 19869)<br>P.O. Box 73488<br>San Clemente, CA 92673<br>TELEPHONE NO: 877.214.4935   FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* stefanie@coverlaw.com<br>ATTORNEY FOR *(Name):* Plaintiff, Idamary Galluccio | FOR COURT USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana, CA 92673
BRANCH NAME: Central Justice Center

PLAINTIFF: Idamary Galluccio

DEFENDANT: Costco Wholesale Corporation

[✓] DOES 1 TO **1 to 25** inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
[✓] **AMENDED** *(Number):* 1
Type *(check all that apply):*
[ ] **MOTOR VEHICLE**  [✓] **OTHER** *(specify):* Premise Liability, Gen Neg
[ ] Property Damage  [ ] Wrongful Death
[✓] Personal Injury  [ ] Other Damages *(specify):*

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] **ACTION IS A LIMITED CIVIL CASE**<br>Amount demanded  [ ] **does not exceed $10,000**<br>    [ ] **exceeds $10,000, but does not exceed $25,000**<br>[✓] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**<br>[ ] **ACTION IS RECLASSIFIED by this amended complaint**<br>  [ ] **from limited to unlimited**<br>  [ ] **from unlimited to limited** | 30-2021-01199422-CU-PO-CJC |

1. Plaintiff *(name or names):* Idamary Galluccio, an individual;
   alleges causes of action against **defendant** *(name or names):*
   Costco Wholesale Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages: 6
3. Each plaintiff named above is a competent adult
   a. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] **except plaintiff** *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
*www.courtinfo.ca.gov*

7

A-005

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Galluccio  v. Costco Wholesale Corporation et al. | 30-2021-01199422-CU-PO-CJC |

4. ☐ Plaintiff (name):

       is doing business under the fictitious name (specify):

       and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
    a. ☑ **except** defendant (name): Costco Wholesale Cor  c. ☐ **except** defendant (name):
       (1) ☐ a business organization, form unknown       (1) ☐ a business organization, form unknown
       (2) ☑ a corporation         (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):       (4) ☐ a public entity (describe):

       (5) ☐ other (specify):       (5) ☐ other (specify):

    b. ☐ **except** defendant (name):      d. ☐ **except** defendant (name):
       (1) ☐ a business organization, form unknown       (1) ☐ a business organization, form unknown
       (2) ☐ a corporation         (2) ☐ a corporation
       (3) ☐ an unincorporated entity (describe):       (3) ☐ an unincorporated entity (describe):

       (4) ☐ a public entity (describe):       (4) ☐ a public entity (describe):

       (5) ☐ other (specify):       (5) ☐ other (specify):

    ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6.   The true names of defendants sued as Does are unknown to plaintiff.
    a. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ were the agents or employees of other
       named defendants and acted within the scope of that agency or employment.
    b. ☑ Doe defendants (specify Doe numbers): 1 to 25 _____ are persons whose capacities are unknown to
       plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8.   This court is the proper court because
    a. ☐ at least one defendant now resides in its jurisdictional area.
    b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
    c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
    d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, **and**
    a. ☐ has complied with applicable claims statutes, **or**
    b. ☐ is excused from complying because (specify):

---

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**
A-006

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Galluccio v. Costco Wholesale Corporation et al. | 30-2021-01199422-CU-PO-CJC |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
    a. ☐ Motor Vehicle
    b. ☑ General Negligence
    c. ☐ Intentional Tort
    d. ☐ Products Liability
    e. ☑ Premises Liability
    f. ☐ Other *(specify):*

11. Plaintiff has suffered
    a. ☐ wage loss
    b. ☐ loss of use of property
    c. ☑ hospital and medical expenses
    d. ☑ general damage
    e. ☐ property damage
    f. ☐ loss of earning capacity
    g. ☑ other damage *(specify):*

       according to proof

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
    a. ☐ listed in Attachment 12.
    b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. (1) ☑ compensatory damages
       (2) ☐ punitive damages
    The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
    (1) ☑ according to proof
    (2) ☐ in the amount of: $

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
    All paragraphs of this complaint.

Date: July 23, 2021

Stefanie T. Cover
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

9

A-007

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Galluccio v. Costco Wholesale Corporation et al. | 30-2021-01199422-CU-PO-CJC |

<u>FIRST</u>      **CAUSE OF ACTION—Premises Liability**     Page ___4___
(number)

ATTACHMENT TO   ☑ Complaint   ☐ Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: **Idamary Galluccio**
     alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
     On *(date)*: **May 11, 2019**      plaintiff was injured on the following premises in the following
     fashion *(description of premises and circumstances of injury)*:
     **at or near 22633 Savi Ranch Parkway, Yorba Linda, CA 92887. See attachment Prem.L5.b**

Prem.L-2.  ☑ **Count One—Negligence** The defendants who negligently owned, maintained, managed and
     operated the described premises were *(names)*:
     **Costco Wholesale Corporation.**

     ☑ Does **1** to **25**

Prem.L-3.  ☐ **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
     or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
     *(names)*:

     ☐ Does ___ to ___
     Plaintiff, a recreational user, was ☐ an invited guest ☐ a paying guest.

Prem.L-4.  ☐ **Count Three—Dangerous Condition of Public Property** The defendants who owned public property
     on which a dangerous condition existed were *(names)*:

     ☐ Does ___ to ___
     a. ☐ The defendant public entity had ☐ actual ☐ constructive notice of the existence of the
        dangerous condition in sufficient time prior to the injury to have corrected it.
     b. ☐ The condition was created by employees of the defendant public entity.

Prem.L-5. a. ☑ **Allegations about Other Defendants** The defendants who were the agents and employees of the
     other defendants and acted within the scope of the agency were *(names)*:
     **Costco Wholesale Corporation**

     ☑ Does **1** to **25**

     b. ☑ The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
        ☑ described in attachment Prem.L-5.b ☐ as follows *(names)*:

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]
**CAUSE OF ACTION—Premises Liability**
Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

10

A-008

MC-025

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Galluccio v Costco Wholesale Corporation et al. | 30-2021-01199422-CU-PO-CJC |

**ATTACHMENT** *(Number):* <u>Prem. L-5b</u>

*(This Attachment may be used with any Judicial Council form.)*

On or about May 11, 2019, Plaintiff was a customer at the Costco Wholesale Corporation Yorba Linda store located at 22633 Savi Ranch Road, Yorba Linda, CA. Plaintiff left the check out line to go to the bathroom. As she was walking to the bathroom  she slipped and fell on the wet floor, thereby causing the injuries and damages to Plaintiff as herein alleged.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*

Page <u>5</u> of <u>6</u>

*(Add pages as required)*

Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. July 1, 2009]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

PLD-PI-001(2)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Galluccio v. Costco Wholesale Corporation et al. | 30-2021-01199422-CU-PO-CJC |

<u>SECOND</u>       **CAUSE OF ACTION—General Negligence**    Page   <u>6</u>
      (number)

ATTACHMENT TO  ☑ Complaint    ☐ Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   Idamary Galluccio

alleges that defendant *(name)*:   Costco Inc

            ☑ Does   1       to   25 inclusive

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date)*:   or about 5/11/2019
at *(place)*:   or near 22633 Savi Ranch Parkway, Yorba Linda, CA   92887.

*(description of reasons for liability):*

On or about May 11, 2019, Plaintiff was a customer at the Costco Wholesale Corporation Yorba
Linda store. Plaintiff left the check out line to go to the bathroom. As she was walking to the
bathroom she slipped and fell on the wet floor.

Defendants employees and/or agents, and each of them, did so negligently design, construct, own,
lease, occupy, control, maintain, remodel, inspect and clean their premises so as to directly and
proximately result in Plaintiff, Idamary Galluccio slipping and falling while she was a customer at
Costco Wholesale Corporation, located at 22633 Savi Ranch Parkway, Yorba Linda, CA   92887.

Additionally, Plaintiff contends Defendant(s), and each of them failed to properly train its
employees to post warning signs and to safely clean the floor, thereby causing Plaintiff's damages
and injuries, as set forth in this complaint. As a direct and legal result of the negligence on the
part of the Defendant(s), and each of them Plaintiff was caused to sustain injuries and damages as
herein alleged.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]
**CAUSE OF ACTION—General Negligence**
Code of Civil Procedure 425.12
*www.courtinfo.ca.gov*

12
                                     A-010

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE

## ALTERNATIVE DISPUTE RESOLUTION (ADR)
## INFORMATION PACKAGE

NOTICE TO PLAINTIFF(S) AND/OR CROSS-COMPLAINANT(S):

Rule 3.221(c) of the California Rules of Court requires you to serve a copy of the ADR Information Package along with the complaint and/or cross-complaint.

California Rules of Court – Rule 3.221
Information about Alternative Dispute Resolution (ADR)

(a) Each court shall make available to the plaintiff, at the time of filing of the complaint, an ADR Information Package that includes, at a minimum, all of the following:

(1) General information about the potential advantages and disadvantages of ADR and descriptions of the principal ADR processes.

(2) Information about the ADR programs available in that court, including citations to any applicable local court rules and directions for contacting any court staff responsible for providing parties with assistance regarding ADR.

(3) Information about the availability of local dispute resolution programs funded under the Dispute Resolutions Program Act (DRPA), in counties that are participating in the DRPA. This information may take the form of a list of the applicable programs or directions for contacting the county's DRPA coordinator.

(4) An ADR stipulation form that parties may use to stipulate to the use of an ADR process.

(b) A court may make the ADR Information Package available on its website as long as paper copies are also made available in the clerk's office.

(c) The plaintiff must serve a copy of the ADR Information Package on each defendant along with the complaint. Cross-complainants must serve a copy of the ADR Information Package on any new parties to the action along with the cross-complaint.

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF ORANGE

## ADR Information

Introduction.

Most civil disputes are resolved without filing a lawsuit, and most civil lawsuits are resolved without a trial. The courts and others offer a variety of Alternative Dispute Resolution (ADR) processes to help people resolve disputes without a trial. ADR is usually less formal, less expensive, and less time-consuming than a trial. ADR can also give people more opportunity to determine when and how their dispute will be resolved.

BENEFITS OF ADR.

Using ADR may have a variety of benefits, depending on the type of ADR process used and the circumstances of the particular case. Some potential benefits of ADR are summarized below.

Save Time. A dispute often can be settled or decided much sooner with ADR; often in a matter of months, even weeks, while bringing a lawsuit to trial can take a year or more.

Save Money. When cases are resolved earlier through ADR, the parties may save some of the money they would have spent on attorney fees, court costs, experts' fees, and other litigation expenses.

Increase Control Over the Process and the Outcome. In ADR, parties typically play a greater role in shaping both the process and its outcome. In most ADR processes, parties have more opportunity to tell their side of the story than they do at trial. Some ADR processes, such as mediation, allow the parties to fashion creative resolutions that are not available in a trial. Other ADR processes, such as arbitration, allow the parties to choose an expert in a particular field to decide the dispute.

Preserve Relationships. ADR can be a less adversarial and hostile way to resolve a dispute. For example, an experienced mediator can help the parties effectively communicate their needs and point of view to the other side. This can be an important advantage where the parties have a relationship to preserve.

Increase Satisfaction. In a trial, there is typically a winner and a loser. The loser is not likely to be happy, and even the winner may not be completely satisfied with the outcome. ADR can help the parties find win-win solutions and achieve their real goals. This, along with all of ADR's other potential advantages, may increase the parties' overall satisfaction with both the dispute resolution process and the outcome.

Improve Attorney-Client Relationships. Attorneys may also benefit from ADR by being seen as problem-solvers rather than combatants. Quick, cost-effective, and satisfying resolutions are likely to produce happier clients and thus generate repeat business from clients and referrals of their friends and associates.

DISADVANTAGES OF ADR.

ADR may not be suitable for every dispute.

Loss of protections. If ADR is binding, the parties normally give up most court protections, including a decision by a judge or jury under formal rules of evidence and procedure, and review for legal error by an appellate court.

Less discovery. There generally is less opportunity to find out about the other side's case with ADR than with litigation. ADR may not be effective if it takes place before the parties have sufficient information to resolve the dispute.

Additional costs. The neutral may charge a fee for his or her services. If a dispute is not resolved through ADR, the parties may have to put time and money into both ADR and a lawsuit.

Effect of delays if the dispute is not resolved. Lawsuits must be brought within specified periods of time, known as statues of limitation. Parties must be careful not to let a statute of limitations run out while a dispute is in an ADR process.

TYPES OF ADR IN CIVIL CASES.

The most commonly used ADR processes are arbitration, mediation, neutral evaluation and settlement conferences.

Arbitration. In arbitration, a neutral person called an "arbitrator" hears arguments and evidence from each side and then decides the outcome of the dispute. Arbitration is less formal than a trial, and the rules of evidence are often relaxed. Arbitration may be either "binding" or "nonbinding." Binding arbitration means that the parties waive their right to a trial and agree to accept the arbitrator's decision as final. Generally, there is no right to appeal an arbitrator's decision. Nonbinding arbitration means that the parties are free to request a trial if they do not accept the arbitrator's decision.

Cases for Which Arbitration May Be Appropriate. Arbitration is best for cases where the parties want another person to decide the outcome of their dispute for them but would like to avoid the formality, time, and expense of a trial. It may also be appropriate for complex matters where the parties want a decision-maker who has training or experience in the subject matter of the dispute.

Cases for Which Arbitration May Not Be Appropriate. If parties want to retain control over how their dispute is resolved, arbitration, particularly binding arbitration, is not appropriate. In binding arbitration, the parties generally cannot appeal the arbitrator's award, even if it is not supported by the evidence or the law. Even in nonbinding arbitration, if a party requests a trial and does not receive a more favorable result at trial than in arbitration, there may be penalties.

Mediation. In mediation, an impartial person called a "mediator" helps the parties try to reach a mutually acceptable resolution of the dispute. The mediator does not decide the dispute but helps the parties communicate so they can try to settle the dispute themselves. Mediation leaves control of the outcome with the parties.

Cases for Which Mediation May Be Appropriate. Mediation may be particularly useful when parties have a relationship they want to preserve. So when family members, neighbors, or business partners have a dispute, mediation may be the ADR process to use. Mediation is also effective when emotions are getting in the way of resolution. An effective mediator can hear the parties out and help them communicate with each other in an effective and nondestructive manner.

Cases for Which Mediation May Not Be Appropriate. Mediation may not be effective if one of the parties is unwilling to cooperate or compromise. Mediation also may not be effective if one of the parties has a significant advantage in power over the other. Therefore, it may not be a good choice if the parties have a history of abuse or victimization.

Neutral Evaluation. In neutral evaluation, each party gets a chance to present the case to a neutral person called an "evaluator." The evaluator then gives an opinion on the strengths and weaknesses of each party's evidence and arguments and about how the dispute could be resolved. The evaluator is

often an expert in the subject matter of the dispute. Although the evaluator's opinion is not binding, the parties typically use it as a basis for trying to negotiate a resolution of the dispute.

**Cases for Which Neutral Evaluation May Be Appropriate.** Neutral evaluation may be most appropriate in cases in which there are technical issues that require special expertise to resolve or the only significant issue in the case is the amount of damages.

**Cases for Which Neutral Evaluation May <u>Not</u> Be Appropriate.** Neutral evaluation may not be appropriate when there are significant personal or emotional barriers to resolving the dispute.

**Settlement Conferences.** Settlement conferences may be either mandatory or voluntary. In both types of settlement conferences, the parties and their attorneys meet with a judge or a neutral person called a "settlement officer" to discuss possible settlement of their dispute. The judge or settlement officer does not make a decision in the case but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement. Settlement conferences are appropriate in any case where settlement is an option. Mandatory settlement conferences are often held close to the date a case is set for trial.

## ADDITIONAL INFORMATION.

In addition to mediation, arbitration, neutral evaluation, and settlement conferences, there are other types of ADR, including conciliation, fact finding, mini-trials, and summary jury trials. Sometimes parties will try a combination of ADR types. The important thing is to try to find the type or types of ADR that are most likely to resolve your dispute.

To locate a dispute resolution program or neutral in your community:
- Contact the California Department of Consumer Affairs, Consumer Information Center, toll free, at 1-800-852-5210
- Contact the Orange County Bar Association at (949) 440-6700
- Look in the telephone directories under "Arbitrators" or "Mediators"

Low cost mediation services are provided under the Orange County Dispute Resolution Program Act (DRPA). For information regarding DRPA, contact:
- OC Human Relations (714) 480-6575, mediator@ochumanrelations.org
- Waymakers (949) 250-4058

For information on the Superior Court of California, County of Orange court ordered arbitration program, refer to Local Rule 360.

The Orange County Superior Court offers programs for Civil Mediation and Early Neutral Evaluation (ENE). For the Civil Mediation program, mediators on the Court's panel have agreed to accept a fee of $300 for up to the first two hours of a mediation session. For the ENE program, members of the Court's panel have agreed to accept a fee of $300 for up to three hours of an ENE session. Additional information on the Orange County Superior Court Civil Mediation and Early Neutral Evaluation (ENE) programs is available on the Court's website at www.occourts.org.

| ATTORNEY OR PARTY WITHOUT ATTORNEY: STATE BAR NO.:<br>NAME:<br>FIRM NAME:<br>STREET ADDRESS:<br>CITY: STATE: ZIP CODE:<br>TELEPHONE NO.: FAX NO.:<br>E-MAIL ADDRESS:<br>ATTORNEY FOR (name): | FOR COURT USE ONLY<br><br>For your protection and privacy, please press the Clear This Form button after you are done printing this form. |
|---|---|

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
JUSTICE CENTER:
☐ Central - 700 Civic Center Dr. West, Santa Ana, CA 92701-4045
☐ Civil Complex Center - 751 W. Santa Ana Blvd., Santa Ana, CA 92701-4512
☐ Harbor – Newport Beach Facility – 4601 Jamboree Rd., Newport Beach, CA 92660-2595
☐ North – 1275 N. Berkeley Ave., P.O. Box 5000, Fullerton, CA 92838-0500
☐ West – 8141 13ᵗʰ Street, Westminster, CA 92683-4593

PLAINTIFF/PETITIONER:

DEFENDANT/RESPONDENT:

| ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION | CASE NUMBER: |
|---|---|

Plaintiff(s)/Petitioner(s), _____

_____

and defendant(s)/respondent(s), _____

_____

agree to the following dispute resolution process:

☐ Mediation

☐ Arbitration (must specify code)
　　　　　　☐ Under section 1141.11 of the Code of Civil Procedure
　　　　　　☐ Under section 1280 of the Code of Civil Procedure

☐ Neutral Case Evaluation

The ADR process must be completed no later than 90 days after the date of this Stipulation or the date the case was referred, whichever is sooner.

☐ I have an Order on Court Fee Waiver (FW-003) on file, and the selected ADR Neutral(s) are eligible to provide pro bono services.

☐ The ADR Neutral Selection and Party List is attached to this Stipulation.

We understand that there may be a charge for services provided by neutrals. We understand that participating in an ADR process does not extend the time periods specified in California Rules of Court, rule 3.720 et seq.

Date:_____ _____ _____
　　　　　　　　　　　　　　(SIGNATURE OF PLAINTIFF OR ATTORNEY)　　(SIGNATURE OF PLAINTIFF OR ATTORNEY)

Date:_____ _____ _____
　　　　　　　　　　　　　　(SIGNATURE OF DEFENDANT OR ATTORNEY)　　(SIGNATURE OF DEFENDANT OR ATTORNEY)

ALTERNATIVE DISPUTE RESOLUTION (ADR) STIPULATION

Stefanie Cover - 152502
COVERLAW PC - 19869
P.O. Box 73488
901 Calle Amanecer Suite 160
San Clemente, California 92673
Telephone: 877.214.4935
Facsimile: 888.559.0901
*Email: Stefanie@CoverLaw.com*

Attorneys for Plaintiff Idamary Galluccio

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

| | |
|---|---|
| Idamary Galluccio | Case No.: 30-2021-01199422-CU-PO-CJC |
| Plaintiff, | |
| vs. | DEMAND FOR JURY |
| Costco Wholesale Corporation | |
| DOES 1 to 25 | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Idamary Galluccio hereby demands a trial by jury on all issues triable by a jury in the above-entitled action pursuant to California Code of Civil Procedure, Section 631.

Dated: May 17, 2021      **COVERLAW, PC**

By:        Stefanie Cover
         Attorneys for Plaintiff Idamary Galluccio

1  Stefanie Cover - 152502
   COVERLAW PC - 19869
2  P.O. Box 73488
   901 Calle Amanecer Suite 160
3  San Clemente, California 92673
   Telephone: 877.214.4935
4  Facsimile: 888.559.0901
   *Email: Stefanie@CoverLaw.com*

5

6  Attorneys for Plaintiff Idamary Galluccio

7

8                **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

9                **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10 Idamary Galluccio                          )  Case No.: 30-2021-01199422-CU-PO-CJC
                                              )
11                    Plaintiff,              )
                                              )  **PLAINTIFF'S NOTICE OF DEPOSIT OF**
12 vs.                                        )  **ADVANCED JURY FEES**
                                              )
13 Costco Wholesale Corporation               )
                                              )  Date: (No Hearing Set)
14 DOES 1 to 25                               )  Time:
                                              )  Place:
15                    Defendants.             )
   _____)

16 **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

17        Plaintiff Idamary Galluccio hereby posts advanced jury fees in the above-entitle action pursuant

18 to California Code of Civil Procedure Section 631.

19

20 Dated: May 17, 2021              **COVERLAW, PC**

21

22                        By:  _____

23                             Stefanie Cover
                              Attorneys for Plaintiff Idamary Galluccio

24

25

26

27

28

19                                    A-017

**CIV-050**

***- DO NOT FILE WITH THE COURT-***
***-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -***

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Stefanie Cover (SBN 152502) CoverLaw PC P.O. Box 73488 San Clemente, CA   92673 | | |

ATTORNEY FOR *(name):*  Plaintiff, Debra West

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**  Orange
STREET ADDRESS:  700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE:  Santa Ana, CA  92701
BRANCH NAME:  Central Division

PLAINTIFF:  Idamary Galluccio
DEFENDANT:  Costco Wholesale Corporation

| STATEMENT OF DAMAGES (Personal Injury or Wrongful Death) | CASE NUMBER: 30-2021-01199422-CU-PO-CJC |
|---|---|

To *(name of one defendant only):* Costco Wholesale Corporation
Plaintiff *(name of one plaintiff only):* Idamary Galluccio
seeks damages in the above-entitled action, as follows:

AMOUNT

**1. General damages**
a. ☑ Pain, suffering, and inconvenience ................................................................. $ 150,000.00
b. ☑ Emotional distress. ........................................................................................ $ 150,000.00
c. ☐ Loss of consortium ....................................................................................... $ _____
d. ☐ Loss of sociey and companionship *(wrongful death actions only)* ................. $ _____
e. ☐ Other *(specify)* ............................................................................................. $ _____
f. ☐ Other *(specify)* ............................................................................................. $ _____
g. ☐ Continued on Attachment 1.g.

**2. Special damages**
a. ☑ Medical expenses *(to date)* ........................................................................... $ APP 100,000.00
b. ☐ Future medical expenses *(present value)* ....................................................... $ Unknown
c. ☐ Loss of earnings *(to date)* ............................................................................. $ _____
d. ☐ Loss of future earning capacity *(present value)* ............................................. $ _____
e. ☐ Property damage ........................................................................................... $ _____
f. ☐ Funeral expenses *(wrongful death actions only)* ............................................ $ _____
g. ☐ Future contributions *(present value) (wrongful death actions only)* ................ $ _____
h. ☐ Value of personal service, advice, or training *(wrongful death actions only)* ..... $ _____
i. ☐ Other *(specify)* ............................................................................................. $ _____
j. ☐ Other *(specify)* ............................................................................................. $ _____
k. ☐ Continued on Attachment 2.k.

**3.** ☐ **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*.. $ _____
      when pursuing a judgment in the suit filed against you.

Date:  8-1-2021

Stefanie Cover
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**
Code of Civil Procedure, §§ 425.11, 425.115
*www.courtinfo.ca.gov*

**CIV-050**

| | |
|---|---|
| PLAINTIFF:  Idamary Galluccio | CASE NUMBER: |
| DEFENDANT:  Costco Wholesale Corporation | 30-2021-01199422-CU-PO-CJC |

**PROOF OF SERVICE**

*(After having the other party served as described below, with any of the documents identified in item 1, have the person who served the documents complete this Proof of Service. Plaintiff cannot serve these papers.)*

1. I served the
   a. ☑ Statement of Damages ☐ Other *(specify):*

   b. on *(name):*

   c. by serving ☐ defendant ☐ other *(name and title or relationship to person served):*

   d. ☐ by delivery ☐ at home ☐ at business
      (1) date:
      (2) time:
      (3) address:

   e. ☐ by mailing
      (1) date:
      (2) place:

2. Manner of service *(check proper box):*
   a. ☐ **Personal service.** By personally delivering copies. (CCP § 415.10)
   b. ☐ **Substituted service on corporation, unincorporated association (including partnership), or public entity.** By leaving, during usual office hours, copies in the office of the person served with the person who apparently was in charge and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(a))
   c. ☐ **Substituted service on natural person, minor, conservatee, or candidate.** By leaving copies at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household or a person apparently in charge of the office or place of business, at least 18 years of age, who was informed of the general nature of the papers, and thereafter mailing (by first-class mail, postage prepaid) copies to the person served at the place where the copies were left. (CCP § 415.20(b)) **(Attach separate declaration or affidavit stating acts relied on to establish reasonable diligence in first attempting personal service.)**
   d. ☐ **Mail and acknowledgment service.** By mailing (by first- class mail or airmail, postage prepaid) copies to the person served, together with two copies of the form of notice and acknowledgment and a return envelope, postage prepaid, addressed to the sender. (CCP § 415.30) **(Attach completed acknowledgment of receipt.)**
   e. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (CCP § 415.40) **(Attach signed return receipt or other evidence of actual delivery to the person served.)**
   f. ☐ Other *(specify code section):*
      ☐ additional page is attached.

3. At the time of service I was at least 18 years of age and not a party to this action.
4. Fee for service: $
5. Person serving:
   a. ☐ California sheriff, marshal, or constable
   b. ☐ Registered California process server
   c. ☐ Employee or independent contractor of a registered California process server
   d. ☐ Not a registered California process server
   e. ☐ Exempt from registration under Bus. & Prof. Code § 22350(b)

   f. Name, address and telephone number and, if applicable, county of registration and number:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶ _____
   (SIGNATURE)

*(For California sheriff, marshal, or constable use only)*
I certify that the foregoing is true and correct.

Date:

▶ _____
   (SIGNATURE)

**PROOF OF SERVICE**
**(Statement of Damages)**

# EXHIBIT B

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Stefanie Cover, 152502<br>Cover Law<br>901 Calle Amanecer, Suite 160<br>San Clemente, CA 92673<br>TELEPHONE NO.: (877) 214-4935<br>ATTORNEY FOR *(Name):* Plaintiff | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**
Superior Court of California, Orange County
700 Civic Center Drive West
Santa Ana, CA 92702-1994

| PLAINTIFF/PETITIONER: Idamary Galluccio | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: Costco Wholesale Corporation, et al. | 30-2021-01199422-CU-PO-CJC |

| PROOF OF SERVICE OF SUMMONS | Ref. No. or File No.: |
|---|---|

# BY FAX

1. At the time of service I was a citizen of the United States, at least 18 years of age and not a party to this action.
2. I served copies of:

Summons, Civil Case Cover Sheet, First Amended Complaint, Demand for Jury Trial, Notice of Jury Fees Posted, Notice of Hearing - Case Management Conference, Alternative Dispute Resolution (ADR) Information Package, Statement of Damages

3. a. Party served:  Costco Wholesale Corporation

    b. Person Served: CT Corp - Daisy Montenegro, Process Specialist - Person Authorized to Accept Service of Process

4. Address where the party was served:  330 North Brand Blvd, #700
    Glendale, CA 91203

5. I served the party

    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on (date): 08/19/2021          (2) at  (time): 12:40PM

6. The "Notice to the Person Served" (on the summons) was completed as follows:

    d. on behalf of:

    Costco Wholesale Corporation
    under: CCP 416.10 (corporation)

7. **Person who served papers**

    a. Name:     Jessica Brown

    b. Address:    One Legal - P-000618-Sonoma

        1400 North McDowell Blvd, Ste 300

        Petaluma, CA 94954

    c. Telephone number: 415-491-0606

    d. The fee for service was: $ 40.00

    e I am:

        (3)  registered California process server.

            (i)  Employee or independent contractor.

            (ii)  Registration No.: 2019217220

            (iii) County:  Los Angeles

8. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Date:  08/19/2021

Jessica Brown

(NAME OF PERSON WHO SERVED PAPERS)                                    (SIGNATURE)

| Form Adopted for Mandatory Use<br>Judicial Council of California POS-010<br>[Rev. Jan 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>OL# 16783958 |
|---|---|---|

EXHIBIT C

**Dr. Shirley N. Weber**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Thursday, August 12, 2021. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1587907    COSTCO WHOLESALE CORPORATION

| | |
|---|---|
| **Registration Date:** | 06/05/1987 |
| **Jurisdiction:** | WASHINGTON |
| **Entity Type:** | FOREIGN STOCK |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | **C T CORPORATION SYSTEM (C0168406)** |

To find the most current California registered Corporate Agent for Service of Process address and authorized employee(s) information, click the link above and then select the most current 1505 Certificate.

| | |
|---|---|
| **Entity Address:** | 999 LAKE DRIVE<br>ISSAQUAH WA 98027 |
| **Entity Mailing Address:** | P.O. BOX 35005<br>SEATTLE WA 98124 |

🛒 **Certificate of Status**

A Statement of Information is due EVERY year beginning five months before and through the end of June.

| Document Type ⇅ | File Date ⇵ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 04/01/2021 | |
| SI-NO CHANGE | 03/31/2021 | |
| PUBLICLY TRADED DISCLOSURE | 01/24/2020 | |
| SI-COMPLETE | 06/27/2019 | |
| PUBLICLY TRADED DISCLOSURE | 12/28/2018 | |
| PUBLICLY TRADED DISCLOSURE | 01/22/2018 | |
| PUBLICLY TRADED DISCLOSURE | 01/13/2017 | |
| PUBLICLY TRADED DISCLOSURE | 01/11/2016 | |

C-002

| Document Type ⇅ | File Date ⥥ | PDF |
|---|---|---|
| PUBLICLY TRADED DISCLOSURE | 01/12/2015 | |
| PUBLICLY TRADED DISCLOSURE | 01/16/2014 | |
| PUBLICLY TRADED DISCLOSURE | 01/17/2013 | |
| PUBLICLY TRADED DISCLOSURE | 01/24/2012 | |
| PUBLICLY TRADED DISCLOSURE | 01/21/2011 | |
| PUBLICLY TRADED DISCLOSURE | 01/22/2009 | |
| PUBLICLY TRADED DISCLOSURE | 01/09/2008 | |
| PUBLICLY TRADED DISCLOSURE | 01/16/2007 | |
| PUBLICLY TRADED DISCLOSURE | 01/26/2006 | |
| PUBLICLY TRADED DISCLOSURE | 06/29/2004 | |
| PUBLICLY TRADED DISCLOSURE | 09/11/2003 | Image unavailable. Please request paper copy. |
| AMENDED REGISTRATION | 01/22/1988 | |
| REGISTRATION | 06/05/1987 | |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

| **Modify Search** | **New Search** | **Back to Search Results** |
|---|---|---|

# EXHIBIT D

1   DEBORAH S. TROPP, ESQ. – BAR NO. 162613
    LAUREN E. RAYA, ESQ. – BAR NO. 322697
2   McNEIL TROPP & BRAUN LLP
    2 Park Plaza, Suite 620
3   Irvine, California 92614
    (949) 259-2890; Fax: (949) 259-2891
4   dtropp@mtbattorneys.com; lraya@mtbattorneys.com

5   Attorneys for Defendant COSTCO WHOLESALE CORPORATION

6

7

8                    SUPERIOR COURT OF CALIFORNIA

9              COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  IDAMARY GALLUCCIO,                 CASE NO. 30-2021-01199422-CU-PO-CJC
                                       UNLIMITED CIVIL CASE
12
                                       ASSIGNED FOR ALL PURPOSES TO:
13              Plaintiff,             JUDGE DAVID A. HOFFER
                                       DEPARTMENT C42
14       vs.
                                       **DEFENDANT'S NOTICE TO ADVERSE**
15                                     **PARTIES OF REMOVAL OF CASE TO**
                                       **FEDERAL COURT UNDER 28 U.S.C §**
16  COSTCO WHOLESALE CORPORATION,      **1441 (a) (DIVERSITY)**

17                                     COMPLAINT FILED: May 5, 2021
                Defendant.
18

19       TO PLAINTIFF, IDAMARY GALLUCCIO, AND TO HER COUNSEL OF RECORD:

20       NOTICE IS HEREBY GIVEN that Defendant, COSTCO WHOLESALE

21  CORPORATION, a Washington Corporation, has filed a Notice of Removal of the above-

22  captioned action, a copy of which is attached hereto (without exhibits), with the United States

23  District Court for the Central District of California, Southern Division.

24  ///

25  ///

26  ///

27  ///

28  ///

Z:\Galluccio v.
Costco\PLEADINGS\NOR\E
xhibits\D\Notice Removal
State Court.docx

1
DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER
28 U.S.C § 1441 (a) (DIVERSITY)
D-002

1  |  PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. § 1446(d) the filing of

2  said Notice in the United States District Court, together with the filing of said Notice with this

3  Court, effects the removal of this action and the above-captioned Court may proceed no further

4  unless and until the case has been remanded.

5  DATED: September 16, 2021                    McNEIL TROPP & BRAUN LLP

6

7                                              By: _____

8                                              DEBORAH S. TROPP
                                               Attorneys for Defendant
9                                              COSTCO WHOLESALE CORPORATION

Z:\Galluccio v.
Costco\PLEADINGS\NOR\E
xhibits\D\Notice Removal
State Court.docx

2

D-003

DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER
28 U.S.C. § 1441 (a) (DIVERSITY)

**PROOF OF SERVICE**
C.C.P. §1013a, C.R.C. 2.301(3), 2.306

STATE OF CALIFORNIA          )
                             ) ss.
COUNTY OF ORANGE             )

     I am employed in the aforesaid County, State of California.  I am over the age of 18 years and not a party to the within action; my business address is 2 Park Plaza, Suite 620, Irvine, California 92614.

     On September 16, 2021, I served the foregoing document described as **DEFENDANT'S NOTICE TO ADVERSE PARTIES OF REMOVAL OF CASE TO FEDERAL COURT UNDER 28 U.S.C § 1441 (a) (DIVERSITY)** on the interested parties in this action by:

**Placing ____the original __X__ a true copy thereof, enclosed in a sealed envelope, addressed as follows on the attached SERVICE LIST.**

__X__ **BY MAIL**:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the United States Postal Service on that same day, with postage thereon fully prepaid at Irvine, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

_____ **BY FACSIMILE TRANSMISSION**:  From FAX No. (949) 259-2891 the facsimile number(s) and addressee(s) stated on the attached SERVICE LIST. The facsimile machine I used complied with Rule 2.301(3), and no error was reported by the machine.  Pursuant to Rule 2.306(h), I caused the machine to print a record of the transmission and attached it to the document contained in our file, a copy of which is available upon request.

_____ **BY PERSONAL SERVICE**:  I caused such envelope to be delivered by hand to the offices of the addressee.

__√__ **BY ELECTRONIC MAIL:**  I caused a courtesy copy of the aforementioned document to be delivered by electronic mail to the representatives on the attached Service List.

_____ **BY FEDERAL EXPRESS**:  I caused a courtesy copy of the aforementioned document to be delivered by overnight mail via Federal Express to the representatives on the attached Service List.

__√__ **STATE**:  I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____ **FEDERAL**:  I declare under penalty of perjury in accordance with 28 U.S.C. Section 1746 that the foregoing is true and correct.

     Executed on September 16, 2021, at Irvine, California.

_____
Selena R. Hernandez

<u>**SERVICE LIST**</u>

<u>**GALLUCCIO v. COSTCO**</u>
**OUR FILE NO.: 4700-72**

| Stefanie T. Cover, Esq. | Attorneys for Plaintiff IDAMARY GALLUCCIO |
|---|---|
| Coverlaw PC | 877-214-4935 |
| P.O. Box 73488 | Fax: (***) ***-**** |
| San Clemente, California 92673 | stefanie@coverlaw.com |