1

GIBSON&HUGHES
Attorneys at Law

2

ROBERT B. GIBSON, State Bar No. 162347
JEFFREY S. HUGHES, State Bar No.152728

3

1851 E. First Street, Suite #650
Santa Ana, CA  92705

JS-6

4

Phone: (714) 547-8377
Facsimile: (714) 547-8378

5

6

COVER LAW

7

Stefanie Cover (152502)
PO Box 73488

8

San Clemente, CA 92673
(877) 214-4396

9

stefanie@coverlaw.com

10

11

Attorneys for Plaintiff,
IDMARY GALLUCCIO

12

13

**UNITED STATES DISTRICT COURT**

14

**CENTRAL DISTRICT OF CALIFORNIA**

15

16

**SOUTHERN DIVISION**

17

18

IDAMARY GALLUCIO, an
individual,

19

20

                Plaintiff,

21

        v.

22

23

COSTCO WHOLESALE
CORPORATION, a Washington

24

Corporation  and DOES 1-25,

25

                Defendants.

26

27

28

)  Case No.  8:21-CV-01526 JVS
)  (ADSx)
)
)
)  **JUDGMENT ENTERED UNDER**
)  **FED. R. CIV. P. 68**
)
)
)
)
)
)
)
)

1

1   **TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE**

2   **COUNSEL OF RECORD:**

3       On December 21, 2022, Plaintiff filed a Notice of Acceptance of Offer

4   Judgment under Rule 68(a) of the Federal Rules of Civil Procedure and Proof of

5   Service, accepting the Offer of Judgment served by Defendant, COSTCO

6   WHOLESALE CORPORATION on October 25, 2022, a copy of which was

7   attached to Plaintiff's Notice Acceptance of Offer of Judgment.  Therefore, under

8   the provisions of Rule 68(a) of the Federal Rules of Civil Procedure,

9       IT IS ADJUDGED that:

10      (1)  Plaintiff, IDAMARY GALLUCIO shall have judgment against

11  Defendant, COSTCO WHOLESALE CORPORATION, in the sum of $100,000.00.

12      (2)  This judgment shall be in full satisfaction of all federal and state law

13  claims or rights that Plaintiff may have to damages, or any other form of relief,

14  arising out of the alleged acts or omissions of Defendant COSTCO WHOLESALE

15  CORPORATION in connections with the facts and circumstances that are the

16  subject of this action.  Except as otherwise provided herein, this judgment acts as a

17  release and discharge of Defendants COSTCO WHOLESALE CORPORATION

18  from any and all claims that were or could have been alleged by Plaintiff in the

19  above-referenced action.

20

21  DATED: 12/28/22                    _____

22                                     HONORABLE JUDGE OF THE

23                                     U.S. DISTRICT COURT

24

25

26

27

28

[PROPOSED]  JUDGMENT ENTERED

## Gallucio v. Costco Wholesale Corporation
## Case No: 8:21-cv-015626-JVS 812-JLS-(ADSx)

I am employed in the County of Orange, State of California.  I am over the age of 18 years and not a party to this within action; my business address is 1851 E. First Street, Suite 650, Santa Ana, CA 92705.

On December 22, 2022, I served the foregoing document described as **[PROPOSED] JUDGMENT ENTERED UNDER FED.R.CIV.P. 68** on the interested parties in this action by placing a true copy there, enclosed in sealed envelopes, addressed as follows:

**Deborah S. Tropp, Esq.**
**Lauren E. Raya, Esq.**
McNEIL, TROPP & BRAUN LLP
4695 MacArthur Court, Suite 800
Newport Beach, CA 92660

(949) 259-2890
Facsimile: (949) 259-2891
Dtropp@mtbattorneys.com
lraya@mtbattorneys.com

**Attorney for Defendants:**
**COSTCO            WHOLESALE**
**CORPORATION,  a Washington**
**Corporation**

**[ ] Via the United States Postal Service** I am familiar with the mail collection and process of the City of Santa Ana in which the mail is deposited with the United States Postal Service on the same day that it is deposited for collection and mailing, in the ordinary course of business

**[X] Via Email**, by causing such document to be served via email on the parties in this action email addresses as stated on this proof of service.
            **Email address served:** *See service list above*

**[ xx]  (Federal)**  I declare that I employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 21, 2022, at Santa Ana, California.

_____

_____
                              **MARISOL NAVARRETE**